**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. RILEY STOKER CORPORATION.**

No. 14758.

United States Court of Appeals
Eighth Circuit.

Dec. 31, 1952.

David P. Findling, Associate Gen. Counsel, National Labor Relations Board, Washington, D. C., and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. TENNESSEE EGG COMPANY, Respondent.**

No. 11465.

United States Court of Appeals,
Sixth Circuit.

Feb. 6, 1953.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

In view of the decision of the Supreme Court of the United States in National Labor Relations Board v. Dant, 73 S.Ct. 375, the petition for rehearing in this cause is granted, the judgment heretofore entered by this court is reversed and vacated, 6 Cir., 199 F.2d 95, and the petition of the National Labor Relations Board for enforcement of its order is granted as prayed in the petition.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. VOLLMAR BROTHERS CONSTRUCTION CO.**

No. 14748.

United States Court of Appeals
Eighth Circuit.

Dec. 23, 1952.

David P. Findling, Associate Gen. Counsel, National Labor Relations Board and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Stamm, Millar, Neuhoff & Stamm, St. Louis, Mo., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement, and stipulation filed with Board.

**John RUPP, Doing Business as Rupp Oil Company, Appellant, v. EMPLOYERS CASUALTY COMPANY, a Corporation.**

No. 14703.

United States Court of Appeals
Eighth Circuit.

Dec. 2, 1952.

Watson, Ess, Whittaker, Marshall & Enggas, Kansas City, Mo., and Kitt & Eubanks, Chillicothe, Mo., for appellant.

Langworthy, Matz & Linde, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on joint motion of counsel for respective parties.